No. 88–309.   WYOMING v. UNITED STATES ET AL., *ante*, p. 406. Petition for rehearing filed by Wyoming denied.   Petition for rehearing filed by respondents Bradford Bath et al. denied.   JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.

No. 88–5868.   BELMONTES v. CALIFORNIA, 488 U. S. 1034. Motion for leave to file petition for rehearing denied.